IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HEATH CARY RANSOM, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-06-135-S-EJL |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RANDY BLADES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On March , 2007, the Court entered an Order dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **March 5, 2007**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT  1**